## MADDIN v. McCORMICK *et al.*

No. 1646.    Opinion Filed January 10, 1911.

**APPEAL AND ERROR—Failure to File Briefs—Dismissal.** Syllabus same as in Leavitt v. Commercial Nat. Bank, 26 Okla. 164, 109 Pac. 71.

*Error from Superior Court, Muskogee County; Farrar L. McCain, Judge.*

Action between Fred V. Maddin and F. P. McCormick and others. From the judgment, Maddin brings error. Dismissed.

*S. V. O'Hara,* for plaintiff in error.

*J. B. Furry,* for defendant in error.

WILLIAMS, J. The petition in error and case-made attached were filed in this court May 4, 1910. On November 4, 1910, defendants in error filed motion to dismiss the appeal on the following grounds:

(1)   Case-made not served in time.

(2)   Petition in error not filed in time.

(3)   No brief filed pursuant to rule 7 of this court.

No response has been made to said motion to dismiss.

It is not essential to pass on the first two grounds, as the third ground is sufficient, the plaintiff in error neither having filed his brief in accordance with said rule 7 nor having made application for additional time or for permission to file typewritten briefs. *Leavitt et al. v. Commercial Nat. Bank,* 26 Okla. 164, 109 Pac. 71; *Monnington v. Cotteral,* 26 Okla. 817, 110 Pac. 632; *Cooper v. Chapman,* 26 Okla. 600, 110 Pac. 722.

All the Justices concur.